434 F.2d 1065
 Woodrow W. CHABERT, Paul A. Clement et al., Plaintiffs-Appellants,
v.
CITY OF WESTWEGO et al., Defendants-Appellees.
 No. 30248 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 November 20, 1970.
 
 Appeal from the United States District Court for the Eastern District of Louisiana; Lansing L. Mitchell, District Judge.
 Robert J. Stamps, New Orleans, La., for appellants.
 Nestor L. Currault, Jr., Gretna, La., for appellees.
 Before GEWIN, GOLDBERG and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5th Cir. 1970, 431 F.2d 409
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966